# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Appellee | ) | |
| v. | ) | Case No. 22-4560(L) |
| | ) | |
| TONY MINH LE, ET AL. | ) | |
|     Appellants. | ) | |

## APPELLANTS' MOTION TO INCREASE TIME FOR ORAL ARGUMENT

      Appellants Joseph Lamborn, Young Yoo, Peter Le, and Tony Minh Le, by counsel, and pursuant to Rule 34(b) of the Federal Rules of Appellate Procedure, move the Court to grant 30 (thirty) minutes for oral argument for each side. There are four Appellants. They have raised some issues that are unique as to each of them. Tony Le, for example, was not charged with any homicide count, whereas each of the other Appellants were so charged; Joseph Lamborn was denied his request for new counsel, and none of the other Appellants raise this issue; Young Yoo and Peter Le individually raise Rule 29 sufficiency arguments, while the other Appellants do not; Tony Le raises speedy trial and sentencing issues, and the other Appellants do not raise such issues. The standard argument time of 20 (twenty minutes) is insufficient to allow for adequate presentations by each of the Appellants.

      The government does not object to this motion.

WHEREFORE, Appellants move the Court to grant 30 (thirty) minutes of argument time for each side.

Respectfully submitted,
TONY MINH LE
By: /s/ Robert J. Wagner
Robert J. Wagner, PLC
Va. Bar No. 27493
101 Shockoe Slip, Suite I
Richmond, VA 23219
(804) 814-8172
(804) 494-5620 (fax)
email: robwagnerlaw@gmail.com

YOUNG YOO
By: /s/ Gerald Thomas Zerkin
Gerald Thomas Zerkin
Attorney-At-Law
Virginia Bar #16270
P.O. Box 5665
Richmond, VA 23220
(804) 921-4885
zerkingt@msn.com

PETER LE
By:/s/ Lana Manitta
Lana Manitta, Esq., VSB#42994
LAW OFFICE OF LANA MANITTA, PLLC
140B Purcellville Gateway Drive, Suite 511
Purcellville, VA 20132
703-705-4428
FAX 703-705-4429
Email: lmanitta@manittalaw.com

JOSEPH DUK-HYUM LAMBORN
By: /s/ Eric Joseph Brignac
Eric Joseph Brignac
Chief Appellate Attorney
Eastern District of North Carolina
150 Fayetteville Street, Suite 450
Raleigh, NC 27601
(919) 856-4236

## CERTIFICATE OF SERVICE

      I hereby certify that, on the 10th day of July, 2025, I electronically filed the foregoing Motion with the Clerk of Court for the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

      /s/Robert J. Wagner
Robert J. Wagner, PLC
Va. Bar No. 27493
101 Shockoe Slip, Suite J
Richmond, VA 23219
(804) 814-8172
(804) 494-5620 (fax)
email: robwagnerlaw@gmail.com